JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWIT MEKONEN<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL ONE BANK, N.A.;<br>AVANTEUSA;<br>EXPERIAN INFORMATION<br>　　SOLUTIONS, INC.; and<br>TRANSUNION LLC,<br><br>　　　　Defendants. | Case No. 8:23-cv-01655-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 26] entered on or about December 28, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 5, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE